No. 72–1190. ALARID ET AL. *v.* NEW MEXICO BOARD OF BAR EXAMINERS. Sup. Ct. N. M. Certiorari denied.

No. 72–1202. VALLEY OIL CO. *v.* CITY OF GARLAND, TEXAS. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 72–1225. CITY OF NEW ORLEANS ET AL. *v.* NEW ORLEANS FIREFIGHTERS ASSN., LOCAL 632, ET AL. Sup. Ct. La. Certiorari denied.

No. 72–1252. YODICE *v.* KONINKLIJKE NEDERLAND-SCHE STOOMBOOT MAATSCHAPPIJ. C. A. 2d Cir. Certiorari denied.

No. 72–5802. ROBINSON *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 72–5950. BUFORD *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 72–5956. WEATHINGTON *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 72–5958. BELL *v.* ILLINOIS. App. Ct. Ill., 4th Jud. Dist. Certiorari denied.

No. 72–5961. KELLY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–5974. ECHEVERRIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5982. REDUS *v.* SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.